33669. CORDELE SASH, DOOR & LUMBER COMPANY *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA.

MacINTYRE, P. J. 1. "It is not only the right but the duty of a reviewing or appellate court to raise the question of its jurisdiction in all cases in which there may be any doubt as to the existence of such jurisdiction." *Welborn* v. *State,* 114 *Ga.* 793, 796 (40 S. E. 857); *Davis* v. *State,* 191 *Ga.* 558 (13 S. E. 2d, 351); *Milner* v. *Sunbeam Heating Co.,* 44 *Ga. App.* 221 (2) (160 S. E. 822); *Durrell* v. *White,* 198 *Ga.* 253 (31 S. E. 2d, 461).

2. The only exception is to the overruling of a general demurrer to the petition. The demurrer was overruled May 3, 1951, and exceptions pendente lite were filed, allowed, and certified on May 5, 1951. On May 21, 1951, the present bill of exceptions, assigning error solely upon the exceptions pendente lite, was presented and certified. *Held*:

While the losing party, under repeated rulings of the Supreme Court and this court, has the option of having reviewed a judgment on demurrer by a direct bill of exceptions or to have certified and filed exceptions pendente lite, if the latter course be pursued, the ruling on demurrer becomes a pendente lite ruling which is reviewable only after the termination of the case and in a bill of exceptions assigning error on the final judgment. *Crews* v. *Crews,* 207 *Ga.* 273 (61 S. E. 2d, 144); *Durrence* v. *Waters,* 140 *Ga.* 762 (79 S. E. 841); *Newton* v. *Roberts,* 163 *Ga.* 135 (135 S. E. 505); *Gilbert* v. *Tippens,* 183 *Ga.* 497 (188 S. E. 699); *Smith* v. *Barksdale,* 199 *Ga.* 723 (35 S. E. 2d, 149); *Kumpe* v. *Hudgins,* 39 *Ga. App.* 788 (149 S. E. 56); *Bearden* v. *Longino,* 181 *Ga.* 807 (184 S. E. 319); *Rabhan* v. *Rabhan,* 185 *Ga.* 355 (195 S. E. 193); *Womack* v. *Williford,* 194 *Ga.* 688 (22 S. E. 2d 519); *Kronstadt* v. *Ray,* 201 *Ga.* 312 (39 S. E. 2d, 664); *Story* v. *City of Macon,* 203 *Ga.* 105 (45 S. E. 2d, 196); *Simpson* v. *Simpson,* 204 *Ga.* 344 (49 S. E. 2d, 898); *Verner* v. *DeKalb County,* 207 *Ga.* 436 (61 S. E. 2d, 921). It follows that the writ of error in the instant case is prematurely brought to this court.

*Writ of error dismissed. Gardner and Townsend, JJ., concur.*

DECIDED SEPTEMBER 11, 1951.

*Mixon & Forrester,* for plaintiff in error.
*Wright & Reddick,* contra.